# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-739
LT Case Nos. 2020-CF-001595
2020-CF-001839

———————————————

DOMINGO ALEXY FERREIRA,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.850 appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Domingo Alexy Ferreira, Lake City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allison L. Morris, Assistant Attorney General, Daytona Beach, for Appellee.

November 9, 2023

PER CURIAM.

    Domingo Ferreira appeals the trial court's order denying his motion for postconviction relief in which he claimed four grounds of ineffective assistance of counsel. We affirm as to three of the four grounds but reverse that portion of the order denying the claim that his counsel failed to properly advise him on the State's plea

offer (Ground Three). The trial court indicated that the record conclusively refuted Ferreira's claim that he would have accepted that plea offer, but it did not attach the portions of the record that it found to have refuted Ferreira's claim. We, therefore, reverse the order as to Ground Three and remand to the trial court to attach records that conclusively refute Ferreira's claim or to hold an evidentiary hearing. *See Thomas v. State*, 306 So. 3d 1260, 1263 (Fla. 5th DCA 2020).

AFFIRMED, in part; REVERSED, in part; and REMANDED.

MAKAR, WALLIS, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2